**DENY and Opinion Filed July 5, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00435-CV

## IN RE BRENDA L. CADDELL, Relator

**Original Proceeding from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-13738**

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

In her May 6, 2022 petition for writ of mandamus, relator Brenda Caddell challenges the trial court's (1) ruling sustaining the denial of her objection to the visiting judge, and (2) refusal to reconsider the enforcement motion that the visiting judge had denied. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

Based on our review of the petition and the record, we conclude that relator has failed to show an abuse of discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

Schenck, J., dissenting.

220435F.P05